# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JACKIE STETSON,**
Appellant,

v.

**U.S. BANK TRUST N.A.,**
as Trustee for the LSRMF MH Master Participation Trust II, et al.,
Appellees.

No. 4D2023-1636

[February 29, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Maxine Cheesman, Judge; L.T. Case No. 502008CA039724.

Jackie Stetson, Lake Worth Beach, pro se.

Adam A. Diaz of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for appellee U.S. Bank Trust N.A., as Trustee for the LSRMF MH Master Participation Trust II.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***